# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**JOSHUA WALTER FRIES,**<br>a/k/a "Jolly"<br><br>*Defendant* | )<br>)<br>) Case No. 5:24-cr-71-TPB-PRL<br>)<br>)<br>) |

JUL 17 2024 PM5:03
FILED - USDC - FLMD - OCA

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSHUA WALTER FRIES, a/k/a "Jolly",

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowing Possession of Unregistered Silencer, in violation of 26 U.S.C. § 5861(d) (Count One)
Knowing Possession of Machinegun, in violation of 18 U.S.C. § 922(o) (Count Two)

Date: 6-25-2024

*Issuing officer's signature*: N. Dean, Deputy Clerk

City and state: Ocala, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-25-2024, and the person was arrested on *(date)* 7-17-2024
at *(city and state)* Ocala, FL.

Date: 7-17-2024

*Arresting officer's signature*

SA Necosie Wilson
*Printed name and title*